AO 91 (Rev. 11/11) Criminal Complaint

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2024 APR 16 AM 11:36
CLERK-LAS CRUCES

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.
Alex WILLIAMS

*Defendant(s)*

Case No. 24mj558

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 04/12//2024 in the county of Dona Ana in the District of New Mexico, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Joel Avalos/ Special Agent
*Printed name and title*

Sworn to before me ~~and signed in my presence~~ via telephone.

Date: 04/16/2024

[signature]
*Judge's signature*

City and state: Las Cruces, New Mexico

Gregory B. Wormuth, Chief U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO VS
Alex WILLIAMS

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joel Avalos, a Special Agent of Homeland Security Investigations (HSI), being duly sworn, hereby states:

## AGENT BACKGROUND

1. I am an "Investigative or Law Enforcement Officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), and am empowered by law to conduct investigations and to make arrests for various offenses listed in Titles 8, 18, 19, 21, 22, and 31, to include offenses alleged herein.

2. I am a Special Agent (SA) of Homeland Security Investigations (HSI) assigned to the Las Cruces Field Office, BEST Group. I have been employed with HSI as a Special Agent since December 2017. I received specialized training at the Federal Law Enforcement Training Center, located in Glynco, Georgia, on the investigation of human smuggling organizations and other criminal matters. My prior experience includes serving as a Customs and Border Protection Officer from 2009 to 2010, and as a Border Patrol Agent from 2010 to 2017.

## PURPOSE

3. This affidavit is submitted in support of a criminal complaint charging Alex WILLIAMS with violation of Title 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm.

## PARAMETERS

4. The information contained in this affidavit is based upon my investigation of this matter as well as my training and experience, and the training and experience of other law enforcement officers. Since this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not contain all the information known to me or other law enforcement officers involved in this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that there is evidence of a violation of Title 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm.

## STATEMENT OF FACTS

On April 12, 2024, Special Agent (SA) Joel Avalos with Homeland Security Investigations (HSI) received an HSI Tip Line Priority Notification. The tip line information was in reference to a possible human smuggling stash house, located in Las Cruces, New Mexico, containing approximately 25 undocumented non-citizens (UNC) being held against their will.

At approximately 1300 hours, HSI with the assistance of the United States Border Patrol (USBP) Las Cruces office and the Dona Ana Sheriff's Office (DASO) conducted a knock and talk at the suspected residence. As SA Avalos knocked on the front door of the residence, outer perimeter law enforcement officers observed an adult white male run from the back yard in an attempt to jump over the retaining wall over to the next residence. Based on my experience, this is behavior commonly seen with care takers and UNCs who are attempting to evade law enforcement. Law enforcement officers on scene identified themselves, gave verbal commands

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO VS
Alex WILLIAMS

to the individual, then engaged in a foot pursuit as the individual fled to the next-door neighbor's back yard. There, the individual later identified as Alex WILLIAMS was placed under arrest and secured in a law enforcement vehicle.

Meanwhile, other law enforcement officials encountered another individual in the back yard. The individual was questioned as to his citizenship, and admitted to being a citizen of Mexico, illegally present in the United States. The UNC stated he had just exited the residence through an open door, more individuals were observed inside. Law enforcement officers entered the house and recovered a total of 39 UNCs.

While searching the residence for more UNCs, law enforcement officers located in a room containing personal effects and photos of WILLIAMS discovered a loaded firearm in the closet of what appeared to be where WILLIAMS was residing. HSI recovered a 9mm Smith & Wesson handgun, two magazines, and ammunition. Smith & Wesson firearms are manufactured in Maryville, Tennessee and therefore have to travel across state lines through interstate commerce to arrive in New Mexico.

WILLIAMS and the 39 UNCs were all placed under arrest and transported to the Las Cruces Border Patrol Station for further processing. Records checks on WILLIAMS revealed an extensive criminal history to include an arrest and conviction (5 years) for Aggravated Robbery out of Amarillo, Texas on or about November 06, 2008, an arrest and conviction (72 month jail) for Possession of a Weapon out of Amarillo, Texas on or about December 16, 2012, and an arrest and conviction (72 months and released after 36 months) by U.S. Probation out of Beaumont, Texas on or about July 19, 2021.

During the interviews of the UNCs, statements were made that WILLIAMS was the only person residing in the room where his personal effects were found. WILLIAMS was advised of his Miranda Rights and requested to have an attorney present during questioning, therefore he was not interviewed but made an outward statement saying, "You'll find my fingerprints all over the house except the gun."

SA Avalos contacted AUSA Sarah Davenport, and prosecution was accepted against Alex WILLIAMS, for 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm.

Gregory B. Wormuth
Chief United States Magistrate Judge
District of New Mexico

Joel Avalos
Special Agent
Homeland Security Investigations

Subscribed and Sworn Before me April 16, 2024